UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LUIS BARRIOS SANDOVAL | CIVIL ACTION NO. 25-1644 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| SHAWN GILIS, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Petitioner Luis Barrios Sandoval. He seeks, *inter alia*, release from detention.

The presumptively reliable Online Detainee Locator System[1] returns zero matching records for Petitioner's name and country of birth. If Petitioner is no longer detained, the case is moot, and the Court lacks jurisdiction.

Accordingly, **IT IS ORDERED** that within **14 days** of the date of this Order, the parties shall notify the Court if Petitioner is detained and, if he is no longer detained, counsel shall take appropriate steps to dismiss the case as moot.

In Chambers, Monroe, Louisiana, this 21st day of January, 2026.

Kayla Dye McClusky
United States Magistrate Judge

---

[1] *See* https://locator.ice.gov/odls/#/search.